THE HONORABLE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TYRONE ADDISON EAGLESPEAKER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DANA CONNELL and CHERYL STRANGE,<br><br>　　　　　Respondents. | NO.  C22-5151-MJP-SKV<br><br>[PROPOSED] ORDER GRANTING AN EXTENSION OF TIME TO FILE ANSWER |

The Court, having reviewed the record and Respondent's Motion for Extension of Time to Answer Petition, Dkt. 17, does hereby find and **ORDER**:

Respondent's Motion is **GRANTED**. Respondent shall file his answer on or before **August 26, 2022**.

DATED this 16th day of August, 2022.

*S. Kate Vaughan*

S. KATE VAUGHAN
United States Magistrate Judge