1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TYRONE ADDISON EAGLESPEAKER,

Petitioner,

v.

DANA CONNELL, et al.,

Respondents.

Case No. C22-5151-MJP-SKV

ORDER DISMISSING FEDERAL
HABEAS ACTION

Having reviewed the Report and Recommendation of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)     The Court ADOPTS the Report and Recommendation.

(2)     Petitioner's petition for writ of habeas corpus, Dkt. 10, is DENIED, and this action is DISMISSED with prejudice.

(3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

/ / /

/ / /

1   (4)  The Clerk is directed to send copies of this Order to the parties and to Judge

2 Vaughan.

3   DATED this 9th day of December, 2022.

4

5            MARSHA J. PECHMAN
             United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23